UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD DORRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01083-SRC |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **Order**

In January 2026, the Court ordered Dorris to file, no later than February 23, 2026, an amended motion on the Court-provided form and to explain why the Court should not dismiss his section 2255 motion as untimely. Doc. 7 at 4 (The Court cites to page numbers as assigned by CM/ECF.). The Court warned Dorris that "[i]f [he] does not file an amended motion, or adequately demonstrate the timeliness of his amended motion, by February 23, 2026, the Court will dismiss this case with prejudice." *Id.* To date, Dorris has neither filed an amended motion nor requested more time to do so. So, for the reasons explained in the Court's January 7 Order the Court finds that 28 U.S.C. § 2255(f) bars Dorris's Motion. The Court therefore denies Dorris's Motion, doc. 1, and dismisses this case with prejudice.

The Court now considers whether to grant a certificate of appealability. For the Court to issue a certificate of appealability in this case, Dorris must show "both that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Jimenez v. Quarterman*, 555 U.S. 113, 118 n.3 (2009) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)) (cleaned up).

By not complying with the Court's January 7 Order, doc. 7, Dorris failed to show that jurists of reason would find the timeliness of his section 2255 motion debatable.  The Court therefore will not issue a certificate of appealability.

Accordingly, the Court denies Dorris's [1] section 2255 motion, denies as moot Dorris's [5] Motion to Amend Argument, dismisses this case with prejudice, and declines to issue a certificate of appealability.  A separate order of dismissal accompanies this Order.

So ordered this 23rd day of July 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE